203 291
e 33 SC 598

203 291
f 36 SC 129

# Commonwealth ex rel. McDougall *v.* McDougall.

*Habeas corpus—Parent and child—Appeals—Certiorari.*

An appeal from an order of the common pleas in a case of habeas corpus for the custody of a child has only the effect of a certiorari, and if the record is regular, the appeal will be dismissed.

Argued May 19, 1902. Appeal, No. 386, Jan. T., 1901, by plaintiff, from order of C. P. York Co., Aug. T., 1901, No. 33, on writ of habeas corpus in case of Commonwealth ex rel. Kenneth McDougall *v.* Emma Virginia McDougall. Before MITCHELL, DEAN, FELL, BROWN and POTTER, JJ. Affirmed.

Habeas corpus to determine the right to the custody of a child. The record showed the following docket entries:

On petition and affidavit filed, writ of habeas corpus awarded. By the Court. W. F. BAY STEWART, Judge. June 5, 1901, served the within writ of habeas corpus on Emma V. McDougall, herein named, by handing to her and leaving with her a true and attested copy; at the same time informing her of the contents thereof, by reading the same to her in her hearing.

So answers Lemon Love, Sheriff, June 6, 1901. Return filed by leave of court, and permission granted to file replication on or before June 10, 1901, and the court fixed Monday, June 17, 1901, at ten o'clock A. M. for the hearing. June 6, 1901, bond of E. Virginia McDougall in the sum of $1,000, with Amanda F. Reisinger, as surety, filed and approved by the Court. June 10, 1901, exceptions to respondent's return filed in the prothonotary's office, court not being in session. June 11, 1901, traverse filed by leave of court. June 11, 1901, exceptions to respondent's answer filed in open court, and the court refused to grant the rule as prayed for, exception allowed Mr. McCall by the court. June 15, 1901, hearing continued, the respondent to pay the costs of the witnesses, and the court fixed July 8, 1901, at ten o'clock A. M. for the hearing.

And now, to wit: July 8, 1901, the child, Kenneth McDougall, Jr., is remanded to the custody of the mother, Emma V. McDougall. The county of York is directed to pay the costs of this proceeding and the court allows an exception to the petitioner. By the Court. July 9, 1901, defendant's bill of costs filed. August 24, 1901, notes of testimony filed. December 20, 1901, appeal bond to the Supreme Court of Pennsylvania filed and approved by the prothonotary. December 23, 1901, certiorari to the court of common pleas, for the county of York, from the Supreme Court of Pennsylvania filed.

*Error assigned* was the order of the court.

*James St. Clair McCall*, for appellant.

*J. S. Black*, for appellee.

OPINION BY MR. JUSTICE MITCHELL, June 4, 1902:

Unfortunately there is no appeal in a case of habeas corpus, even for the custody of a child. This appeal, therefore, has only the effect of certiorari. If the legal questions discussed were before us we might not be able to agree with the reasoning or the conclusions of the learned judge below, but as his opinion is not part of the record, and only the record is before us, we express no opinion on them. The record being regular the appeal must be dismissed.

Appeal dismissed.